Roger F. Friedman (State Bar No. 186070)
rfriedman@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, California 92626-1931
Telephone:  714-641-5100
Facsimile:  714-546-9035

Attorneys for Judgment Creditor
ENTERPRISE BANK & TRUST

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FIRST NATIONAL BANK, et al, <br><br> Plaintiff, <br><br> v. <br><br> J-VILLE PROPERTIES, INC., MANGA REDDYREDDY, MOHAN REDDYREDDY, SADHNA RAM, MADHU RAM, ENTERPRISE BANK & TRUST COMPANY, successor in interest to VALLEY CAPITAL BANK, STATE OF INDIANA DEPARTMENT OF REVENUE, UNITED STATES SMALL BUSINESS ADMINISTRATION, UNITED STATES OF AMERICA INTERNAL REVENUE SERVICE, and STERLING BANK, <br><br> Defendants. | Case No. 2:13-mc-00063-TLN-DAD <br><br> [United States District Court, Southern District of Indiana, Case No. 1:11-cv-1562-TWP-DML] <br><br> **ORDER ON REQUEST FOR SPECIAL APPOINTMENT TO SERVE PROCESS** <br><br> [Rule 4(c)(3), Fed. R. Civ. Proc.] |

**IT IS ORDERED** that, pursuant to judgment creditor Enterprise Bank & Trust's Request for Special Appointment to Serve Process, The MCS Group, Inc., registered California process servers, hereby are specially appointed to serve any Writ of Execution and/or Alias Writ of Execution in this action.

Dated:  Dated: August 8, 2013

_____
Troy L. Nunley
United States District Judge

Rutan & Tucker, LLP
attorneys at law

790/030875-0002
5987637.1 a08/08/13

-1-
ORDER ON REQUEST FOR SPECIAL APPOINTMENT
TO SERVE PROCESS