UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

[Sacramento Division]

| | |
|---|---|
| Star First National Bank, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>J-Ville Properties, Inc., et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:13-mc-00063-TLN-DAD<br><br>**ORDER ON STIPULATION TO CONTINUE DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO CLAIM OF EXEMPTIONS** |

Pursuant to the stipulation filed with the court and entered by and between plaintiff and judgment creditor, Enterprise Bank & Trust ("plaintiff"), and defendants, Madhu Ram and Sadhna Ram (collectively referred to as "defendants"), through their respective counsel,

IT IS HEREBY ORDERED that:

1. Defendants' time to file and serve a response to the plaintiff's opposition to defendants' claim of exemption is hereby extended to October 25, 2013.

Dated: October 23, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge