1  Roger F. Friedman (State Bar No. 186070)
   rfriedman@rutan.com
2  RUTAN & TUCKER, LLP
   611 Anton Boulevard, 14th Floor
3  Costa Mesa, California 92626-1931
   Telephone:   714-641-5100
4  Facsimile:   714-546-9035

5  Attorneys for Judgment Creditor
   ENTERPRISE BANK & TRUST

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  STAR FIRST NATIONAL BANK, et al,    Case No. 2:13-mc-00063-TLN-DAD

12            Plaintiff,                [United States District Court, Southern
                                        District of Indiana, Case No. 1:11-cv-
13       v.                             1562-TWP-DML]

14  J-VILLE PROPERTIES, INC., MANGA
    REDDYREDDY, MOHAN
15  REDDYREDDY, SADHNA RAM,             **STIPULATION AND ORDER
    MADHU RAM, ENTERPRISE               REGARDING RELEASE OF LEVIED
16  BANK & TRUST COMPANY,               FUNDS AND OPENING OF SAFE
    successor in interest to VALLEY     DEPOSIT BOX**
17  CAPITAL BANK, STATE OF
    INDIANA DEPARTMENT OF
18  REVENUE, UNITED STATES SMALL
    BUSINESS ADMINISTRATION,
19  UNITED STATES OF AMERICA            NO HEARING REQUIRED
    INTERNAL REVENUE SERVICE, and
20  STERLING BANK,

21            Defendants.

22

23       Judgment creditor ENTERPRISE BANK & TRUST ("**Enterprise**") and

24  judgment debtors MADHU RAM, SADHNA RAM, and J-VILLE PROPERTIES,

25  INC. (collectively, the "**Rams**"), by and through their respective counsel of record,

26  hereby enter into this Stipulation Regarding Release of Levied Funds and Opening

27  of Safe Deposit Box ("**Stipulation**").

28  / / /

Rutan & Tucker, LLP
*attorneys at law*

# **RECITALS**

A.    On April 30, 2013, the United States District Court, Southern District of Indiana, Indianapolis Division, in Case No. 1:11-cv-01562-TWP-DML (the "**Action**"), entered that certain Final Judgment And Decree Of Foreclosure [Dkt. No. 158] in favor of Enterprise and against the Rams (the "**Judgment**").

B.    The Judgment was entered in favor of Enterprise and against Madhu Ram in the amount of $562,911.83 as of December 13, 2012, plus interest at the rate of $93.72 per day through the date of entry of the Judgment for an additional $12,933.36.   (Judgment at ¶ R.)   Therefore, the total principal amount of the Judgment entered against Madhu Ram is $575,845.19 through April 30, 2013.   Post-judgment interest has accrued on the unpaid Judgment entered against Madhu Ram at the rate of eight percent (8%) per annum pursuant to Indiana Code § 24-4.6-1-101.

C.    The Judgment was entered in favor of Enterprise and against Sadhna Ram in the amount of $562,911.83 as of December 13, 2012, plus interest at the rate of $93.72 per day through the date of entry of the Judgment for an additional $12,933.36.   (Judgment at ¶ S.)   Therefore, the total principal amount of the Judgment entered against Sadhna Ram is $575,845.19 through April 30, 2013.   Post-judgment interest has accrued on the unpaid Judgment entered against Sadhna Ram at the rate of eight percent (8%) per annum pursuant to Indiana Code § 24-4.6-1-101.

D.    The Judgment was entered in favor of Enterprise and against J-Ville Properties, Inc. in the amount of $587,124.22 as of June 19, 2012, plus interest at the rate of $177.91 per day through the date of entry of the Judgment for an additional $56,041.65. (Judgment at ¶ B.) Therefore, the total principal amount of the Judgment entered against J-Ville Properties, Inc. is $643,165.87 through April 30, 2013.   Post-judgment interest has accrued on the unpaid Judgment entered against J-Ville Properties, Inc. at the rate of eight percent (8%) per annum pursuant

Rutan & Tucker, LLP
*attorneys at law*

2503/030875-0002
6352762.6 a11/26/13

-2-

STIPULATION AND ORDER REGARDING RELEASE OF LEVIED FUNDS
AND OPENING OF SAFE DEPOSIT BOX

1  to Indiana Code § 24-4.6-1-101.

2      E.      On July 2, 2013, Enterprise registered the Judgment for enforcement in

3  the state of California by filing in the United States District Court, Eastern District

4  of California (the "**Court**"), a Clerk's Certification Of A Judgment To Be

5  Registered In Another District [Dkt. No. 1], thereby initiating Case No. 2:13-mc-

6  00063-TLN-DAD.

7      F.      Thereafter, Enterprise sought to enforce the Judgment against the

8  Rams.  Among other things, Enterprise sought and obtained from the Court a Writ

9  Of Execution [Dkt. No. 3] and an Abstract Of Judgment [Dkt. No. 4].

10     G.      On July 26, 2013, Enterprise filed with the Secretary of State of the

11  State of California a Notice Of Judgment Lien against each of Madhu Ram, Sadhna

12  Ram, and J-Ville Properties, Inc.

13     H.      On August 23, 2013, Enterprise caused bank levies to be issued against

14  any bank accounts and safe deposit boxes held in the name of each of Madhu Ram,

15  Sadhna Ram, and J-Ville Properties, Inc. at Bank of America, N.A. ("**BofA**") and

16  Wells Fargo Bank, N.A. ("**Wells Fargo**").  The levy on BofA was not successful.

17  The levy on Wells Fargo was successful, capturing approximately $135,000 held in

18  various accounts in the names of Madhu Ram and/or Sadhna Ram (the "**Accounts**"),

19  and a safe deposit box in the names of Madhu Ram and/or Sadhna Ram (the "**Safe**

20  **Deposit Box**").

21     I.      On August 26 and 27, 2013, Enterprise recorded with the County

22  Clerk-Recorder of each of Orange County, Riverside County, and Sacramento

23  County, California, an Abstract Of Judgment against each of Madhu Ram, Sadhna

24  Ram, and J-Ville Properties, Inc.

25     J.      On or about September 19, 2013, Enterprise caused to be served on

26  each of Madhu Ram, Sadhna Ram, and J-Ville Properties, Inc. (1) an Application

27  And Order For Appearance And Examination (Enforcement Of Judgment), and (2) a

28  Civil Subpoena (Duces Tecum) For Personal Appearance And Production Of

Rutan & Tucker, LLP
*attorneys at law*

2503/030875-0002
6352762.6 a11/26/13

-3-

STIPULATION AND ORDER REGARDING RELEASE OF LEVIED FUNDS
AND OPENING OF SAFE DEPOSIT BOX

1    Documents, Electronically Stored Information, And Things At Trial Or Hearing
2    And Declaration.   Judgment Debtor Examinations of the Rams currently are
3    scheduled for December 20, 2013.

4        K.    Madhu Ram and Sadhna Ram claim certain exemptions concerning the
5    levy on the Accounts and the Safe Deposit Box at Wells Fargo.   On or about
6    September 24, 2013, the United States Marshals Service, as the levying officer,
7    served Enterprise with a copy of Madhu Ram and Sadhna Ram's Claim Of
8    Exemption (Enforcement Of Judgment).

9        L.    On or about October 3, 2013, Enterprise filed and served its Notice Of
10   Opposition To Claim Of Exemption, whereby Enterprise challenges certain of the
11   Rams' claimed exemptions.  A Court hearing on Enterprise's Opposition To Claim
12   Of Exemption currently is scheduled for December 5, 2013.   Enterprise and the
13   Rams are entering into a separate stipulation to continue the Court hearing on
14   Enterprise's Opposition To Claim Of Exemption.

15       M.    Enterprise contends that the Rams owe the entire amount of the
16   Judgment and that Enterprise is entitled to enforce the Judgment against any and all
17   of the Rams' nonexempt assets.   Enterprise further contends that certain of the
18   Rams' claimed exemptions should be disallowed.  Enterprise further contends that,
19   based on the Judgment enforcement activity summarized above, it has properly
20   perfected Judgment liens against various real property and personal property assets
21   of the Rams.  The Rams deny Enterprise's contentions.

22       N.    The Rams do not dispute that Enterprise has a final Judgment against
23   them.   The Rams do, however, contend that they have legitimate defenses to
24   enforcement of the Judgment and proper exemptions concerning Enterprise's
25   Judgment enforcement efforts.   Among other things, the Rams contend that the
26   Judgment amount should be reduced on account of payments made by Mohan
27   Reddyreddy pursuant to the terms of a separate settlement agreement reached
28   between Enterprise and Mohan Reddyreddy.  If not for the parties' settlement and

Rutan & Tucker, LLP
attorneys at law

2503/030875-0002
6352762.6 a11/26/13

-4-

STIPULATION AND ORDER REGARDING RELEASE OF LEVIED FUNDS
AND OPENING OF SAFE DEPOSIT BOX

1   this Agreement, the Rams would continue to assert and seek a ruling on their

2   defenses and exemptions.  Enterprise denies the Rams' contentions.

3        O.     The Parties dispute each other's contentions as set forth in Recitals M

4   and N above, and any and all actual or potential claims and defenses of each other in

5   connection with the Judgment and Judgment enforcement matters.

6        P.     The Parties, while acknowledging that certain matters addressed above

7   and in the Agreement are and remain disputed, nevertheless desire and have agreed

8   to fully and finally resolve, settle, and conditionally release any and all issues,

9   grievances, disputes, differences, controversies, claims, and defenses that they may

10  have with respect to the matters addressed above.  To that end, the Parties entered

11  into the Agreement.  A true and correct copy of the fully-executed Agreement is

12  attached hereto as **Exhibit A**, and is incorporated herein by this reference as if set

13  forth in its entirety.

14  <u>**STIPULATION**</u>

15       IT IS HEREBY STIPULATED AND AGREED, subject to Court approval,

16  that:

17       1.     <u>**Release Of The Levied Funds.**</u>  As set forth in Paragraph 2.A of the

18  Agreement, the Rams shall pay to Enterprise $125,000.00 of the funds levied from

19  the Wells Fargo Accounts.  The balance of the funds levied from the Wells Fargo

20  Accounts shall be released back to the Rams.

21       Enterprise and the Rams request that the Court enter an order:

22       (a)     approving this Stipulation;

23       (b)     providing that to the extent that the United States Marshals

24  Service, as the levying officer, does not already have possession of the levied funds,

25  Wells Fargo shall release the levied funds to the United States Marshals Service;

26       (c)     providing that $125,000.00 of the levied funds shall be released

27  and paid to Enterprise, in care of its counsel, Rutan & Tucker, LLP, 611 Anton

28  Boulevard, Suite 1400, Costa Mesa, California, Attention: Roger F. Friedman;

Rutan & Tucker, LLP
*attorneys at law*

2503/030875-0002
6352762.6 a11/26/13

-5-

STIPULATION AND ORDER REGARDING RELEASE OF LEVIED FUNDS
AND OPENING OF SAFE DEPOSIT BOX

1    (d)    providing that after payment of the $125,000.00 to Enterprise,

2 the balance of the levied funds shall be released and remain in the Rams' Wells

3 Fargo accounts, or if the funds have been transferred to the United States Marshals

4 Service, as the levying officer, then the funds shall be paid to the Rams, in care of

5 their counsel, Meegan, Hanschu & Kassenbrock, 11341 Gold Express Drive, Suite

6 110, Gold River, California 95670, Attention: David M. Meegan; and

7    (e)    directing Wells Fargo and the United States Marshals Service, as

8 the levying officer, to release and pay the levied funds as set forth above and in the

9 Agreement.

10    2.    **Opening The Safe Deposit Box.**  On September 27, 2013, the Rams'

11 counsel sent to Enterprise's counsel a letter specifying the items and the value of the

12 items contained in the Safe Deposit Box (the "**Safe Deposit Box Letter**").  A true

13 and correct copy of the Safe Deposit Box Letter is attached to the Agreement as

14 Exhibit 3, and is incorporated herein by this reference as if set forth in its entirety.

15 As set forth in Paragraph 4 of the Agreement:

16    A.    The Rams shall allow and cause the Safe Deposit Box to be

17 opened in the presence of a representative or agent of the United States Marshals

18 Service and a representative or agent of Enterprise, so (1) the United States

19 Marshals Service, as the levying officer, may inventory, photograph, and take

20 possession of the contents of the Safe Deposit Box, and (2) the representative or

21 agent of Enterprise may inventory, photograph, evaluate, and appraise the contents

22 of the Safe Deposit Box.

23    B.    Provided the process set forth in Paragraph 2.A above reveals

24 that the Rams were truthful in the Safe Deposit Box Letter about the contents of the

25 Safe Deposit Box, and provided the Rams make the initial $125,000.00 payment to

26 Enterprise as set forth in Paragraph 1 above, the contents of the Safe Deposit Box

27 will be released back to the Rams.  If the Rams were not truthful about the contents

28 of the Safe Deposit Box, or if the Rams do not make the initial $125,000.00

Rutan & Tucker, LLP
attorneys at law

2503/030875-0002
6352762.6 a11/26/13

-6-

STIPULATION AND ORDER REGARDING RELEASE OF LEVIED FUNDS
AND OPENING OF SAFE DEPOSIT BOX

1  payment to Enterprise as set forth in Paragraph 1 above, then (1) the United States
2  Marshals Service will continue to hold the contents of the Safe Deposit Box pending
3  a further order from the Court or a further stipulation of Enterprise and the Rams
4  concerning the Safe Deposit Box contents, and (2) Enterprise and the Rams will
5  retain their respective rights, claims, and defenses with respect to the Safe Deposit
6  Box and its contents.

7      Enterprise and the Rams request that the Court enter an order:

8          (a)    approving this Stipulation;

9          (b)    directing Wells Fargo to allow access to the Safe Deposit Box as
10  set forth above and in the Agreement;

11          (c)    directing the United States Marshals Service, as the levying
12  officer, to send a representative or agent to Wells Fargo to open the Safe Deposit
13  Box, by force if necessary, and inventory, photograph, and take possession of the
14  contents of the Safe Deposit Box as set forth above and in the Agreement;

15          (d)    allowing Enterprise's representative or agent to inventory,
16  photograph, evaluate, and appraise the contents the Safe Deposit Box as set forth
17  above and in the Agreement;

18          (e)    allowing the Rams' or their representative or agent to be present
19  when the Safe Deposit Box is opened, and if the Rams are not present or decline or
20  refuse to cooperate, allowing the United States Marshals Service, as the levying
21  officer, to open the Safe Deposit Box, by force if necessary;

22          (f)    requiring Enterprise thereafter to provide written notice and
23  instructions to the United States Marshals Service, with a copy to the Rams'
24  counsel, to either (1) continue to hold the contents of the Safe Deposit Box pending
25  a further order from the Court, or, alternatively, (2) to release the contents of the
26  Safe Deposit Box back to the Rams;

27          (g)    if Enterprise provides written notice and instructions to the
28  United States Marshals Service to continue to hold the contents of the Safe Deposit

Rutan & Tucker, LLP
attorneys at law

2503/030875-0002
6352762.6 a11/26/13

STIPULATION AND ORDER REGARDING RELEASE OF LEVIED FUNDS
AND OPENING OF SAFE DEPOSIT BOX

Box pending a further order from the Court, then directing the United States Marshals Service to continue to hold the contents of the Safe Deposit Box pending a further order from the Court;

(h)   if Enterprise provides written notice and instructions to the United States Marshals Service to release the contents of the Safe Deposit Box back to the Rams, then directing the United States Marshals Service to release the contents of the Safe Deposit Box to the Rams, in care of their counsel, Meegan, Hanschu & Kassenbrock, 11341 Gold Express Drive, Suite 110, Gold River, California 95670, Attention: David M. Meegan.


Dated:  November 21, 2013          RUTAN & TUCKER


                                   By:   /s/
                                        Roger F. Friedman
                                        Attorneys for Judgment Creditor
                                        Enterprise Bank & Trust


Dated:  November __, 2013          MEEGAN, HANSCHU &

                                   KASSENBROCK


                                   By:   /s/
                                        David M. Meegan
                                        Attorneys for Judgment Debtors
                                        Madhu Ram, Sadhna Ram, and J-
                                        Ville Properties, Inc.


[ORDER ON NEXT PAGE]

Rutan & Tucker, LLP
attorneys at law

2503/030875-0002
6352762.6 a11/26/13

-8-

STIPULATION AND ORDER REGARDING RELEASE OF LEVIED FUNDS
AND OPENING OF SAFE DEPOSIT BOX

## <u>ORDER</u>

The Court has read the foregoing Stipulation between Enterprise and the Rams, and finding good cause, hereby orders as follows:

1.     The Stipulation is approved;

2.     Enterprise and the Rams shall comply with their agreements set forth in the Stipulation; and

3.     Enterprise, the Rams, Wells Fargo, and the United States Marshals Service, as the levying officer, shall comply with this Order approving the Stipulation.

Dated: November 26, 2013

Troy L. Nunley
United States District Judge

Rutan & Tucker, LLP
attorneys at law

2503/030875-0002
6352762.6 a11/26/13

STIPULATION AND ORDER REGARDING RELEASE OF LEVIED FUNDS
AND OPENING OF SAFE DEPOSIT BOX