UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

[Sacramento Division]

| | |
|---|---|
| Star First National Bank, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>J-Ville Properties, Inc., et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:13-mc-00063-TLN-DAD<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S OPPOSITION TO CLAIM OF EXEMPTIONS** |

Pursuant to the stipulation filed with the court and entered by and between plaintiff and judgment creditor, Enterprise Bank & Trust ("plaintiff"), and defendants, Madhu Ram and Sadhna Ram (collectively referred to as "defendants"), through their respective counsel,

IT IS HEREBY ORDERED that:

1. The hearing on Enterprise's Opposition to the Rams' Claim of Exemption is hereby continued to January 16, 2014, at 2:00 p.m., in Courtroom 2.

Dated: November 26, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　United States District Judge