Roger F. Friedman (State Bar No. 186070)
rfriedman@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Judgment Creditor
ENTERPRISE BANK & TRUST

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FIRST NATIONAL BANK, et al, <br><br> Plaintiff, <br><br> v. <br><br> J-VILLE PROPERTIES, INC., MANGA REDDYREDDY, MOHAN REDDYREDDY, SADHNA RAM, MADHU RAM, ENTERPRISE BANK & TRUST COMPANY, successor in interest to VALLEY CAPITAL BANK, STATE OF INDIANA DEPARTMENT OF REVENUE, UNITED STATES SMALL BUSINESS ADMINISTRATION, UNITED STATES OF AMERICA INTERNAL REVENUE SERVICE, and STERLING BANK, <br><br> Defendants. | No. 2:13-mc-00063-TLN-DAD <br><br> **STIPULATION AND ORDER TO CONTINUE JUDGMENT DEBTOR EXAMINATIONS** |

Judgment creditor ENTERPRISE BANK & TRUST ("**Enterprise**") and judgment debtors MADHU RAM, SADHNA RAM, and J-VILLE PROPERTIES, INC. (collectively, the "**Rams**"), by and through their respective counsel of record, hereby enter into this Stipulation to Continue Judgment Debtor Examinations ("**Stipulation**").

/ / /

# RECITALS

A. The Rams each have been ordered to appear for judgment debtor examinations on December 20, 2013 at 9:30 a.m. in Department 27 of the above entitled Court (the "**Judgment Debtor Examinations**").

B. After the Judgment Debtor Examinations were scheduled, the parties conditionally settled this matter and now are actively in the process of fulfilling the terms of their settlement agreement.

C. In light of the foregoing, the parties wish to continue the Judgment Debtor Examinations.

# STIPULATION

IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that the Judgment Debtor Examinations shall be continued to January 31, 2014 at 9:30 a.m. in Department 27 of the above entitled Court.

Dated: December 13, 2013          RUTAN & TUCKER

                                  By:      /s/ Roger F. Friedman
                                           Roger F. Friedman
                                           Attorneys for Judgment Creditor
                                           Enterprise Bank & Trust

Dated: December 13, 2013          MEEGAN, HANSCHU & KASSENBROCK

                                  By:  /s/ David M. Meegan (as authorized on December 13/2013)
                                       David M. Meegan
                                       Attorneys for Judgment Debtors
                                       Madhu Ram, Sadhna Ram, and J-Ville Properties, Inc.

## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the Judgment Debtor Examinations shall be continued to January 31, 2014 at 9:30 a.m. in Department 27 of the above entitled Court.

Dated: December 13, 2013

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\star0063.stip.jde.cont.ord.doc