UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

SACRAMENTO DIVISION

| | |
|---|---|
| Star First National Bank, et al.,, <br><br> Plaintiffs, <br><br> vs. <br><br> J-Ville Properties, Inc., et al., <br><br> Defendants. | Case No. 2:13-mc-00063-TLN-DAD <br><br> **ORDER ON STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S OPPOSITION TO CLAIM OF EXEMPTION** |

Pursuant to the Stipulation to Continue Hearing on Plaintiff's Opposition to Claim of Exemption filed with the Court and entered by and between plaintiff and judgment creditor, Enterprise Bank & Trust ("Enterprise"), and defendants Madhu Ram and Sadhna Ram (collectively referred to as "the Rams"), through their respective counsel,

IT IS HEREBY ORDERED that the hearing on Enterprise's Opposition to the Rams' Claim of Exemption is hereby continued to March 13, 2014 at 2:00 p.m. in Courtroom 2.

Dated: January 9, 2014

Troy L. Nunley
United States District Judge

Rutan & Tucker, LLP
*attorneys at law*