Roger F. Friedman (State Bar No. 186070)
rfriedman@rutan.com
Kathryn Domin (State Bar No. 274771)
kdomin@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, California 92626-1931
Telephone:  714-641-5100
Facsimile:  714-546-9035

Attorneys for Judgment Creditor
ENTERPRISE BANK & TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FIRST NATIONAL BANK, et al,<br><br>Plaintiff,<br><br>v.<br><br>J.-VILLE PROPERTIES, INC., MANGA REDDYREDDY, MOHAN REDDYREDDY, SADHNA RAM, MADHU RAM, ENTERPRISE BANK & TRUST COMPANY, successor in interest to VALLEY CAPITAL BANK, STATE OF INDIANA DEPARTMENT OF REVENUE, UNITED STATES SMALL BUSINESS ADMINISTRATION, UNITED STATES OF AMERICA INTERNAL REVENUE SERVICE, and STERLING BANK,<br><br>Defendants. | No. 2:13-mc-00063-TLN-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT DEBTOR EXAMINATIONS** |

Judgment creditor ENTERPRISE BANK & TRUST ("**Enterprise**") and judgment debtors MADHU RAM, SADHNA RAM, and J-VILLE PROPERTIES, INC. (collectively, the "**Rams**"), by and through their respective counsel of record, hereby enter into this Stipulation to Continue Judgment Debtor Examinations ("**Stipulation**").

/ / /

# RECITALS

A. The Rams were each ordered to appear for judgment debtor examinations on December 20, 2013 at 9:30 a.m. in Department 27 of the above entitled Court (the "**Judgment Debtor Examinations**").

B. After the Judgment Debtor Examinations were scheduled, the parties conditionally settled this matter. Because the parties were in the process of fulfilling the terms of their settlement agreement, they agreed to continue the Judgment Debtor Examinations to January 31, 2014 at 9:30 a.m. in Department 27.

C. The parties still are actively in the process of fulfilling the terms of their settlement agreement.

D. In light of the foregoing, the parties wish to continue the Judgment Debtor Examinations.

# STIPULATION

IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that the Judgment Debtor Examinations shall be continued to February 28, 2014 at 9:30 a.m. in Department 27 of the above entitled Court.

Dated: January 27, 2013    RUTAN & TUCKER

By:    /s/
Roger F. Friedman
Attorneys for Judgment Creditor
Enterprise Bank & Trust

Dated: January 27, 2013    MEEGAN, HANSCHU & KASSENBROCK

By:    /s/
David M. Meegan
Attorneys for Judgment Debtors
Madhu Ram, Sadhna Ram, and J-Ville Properties, Inc.

## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the Judgment Debtor Examinations shall be continued to February 28, 2014 at 9:30 a.m. in Department 27 of the above entitled Court.

Dated: January 28, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil
star0063.stip.jde.cont.ord2.doc