Roger F. Friedman (State Bar No. 186070)
rfriedman@rutan.com
Kathryn Domin (State Bar No. 274771)
kdomin@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, California 92626-1931
Telephone:   714-641-5100
Facsimile:    714-546-9035

Attorneys for Judgment Creditor
ENTERPRISE BANK & TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FIRST NATIONAL BANK, et al, | No. 2:13-mc-00063-TLN-DAD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE JUDGMENT DEBTOR EXAMINATIONS** |
| J-VILLE PROPERTIES, INC., MANGA REDDYREDDY, MOHAN REDDYREDDY, SADHNA RAM, MADHU RAM, ENTERPRISE BANK & TRUST COMPANY, successor in interest to VALLEY CAPITAL BANK, STATE OF INDIANA DEPARTMENT OF REVENUE, UNITED STATES SMALL BUSINESS ADMINISTRATION, UNITED STATES OF AMERICA INTERNAL REVENUE SERVICE, and STERLING BANK, | |
| Defendants. | |

Judgment creditor ENTERPRISE BANK & TRUST ("**Enterprise**") and judgment debtors MADHU RAM, SADHNA RAM, and J-VILLE PROPERTIES, INC. (collectively, the "**Rams**"), by and through their respective counsel of record, hereby enter into this Stipulation to Continue Judgment Debtor Examinations ("**Stipulation**").

/ / /

**RECITALS**

A.     The Rams were each ordered to appear for judgment debtor examinations on December 20, 2013 at 9:30 a.m. in Department 27 of the above entitled Court (the "**Judgment Debtor Examinations**").

B.     After the Judgment Debtor Examinations were scheduled, the parties conditionally settled this matter. Because the parties were in the process of fulfilling the terms of their settlement agreement, they agreed to continue the Judgment Debtor Examinations to January 31, 2014 at 9:30 a.m. in Department 27.

C.     In late January 2014, the parties were still in the process of fulfilling the terms of their settlement agreement and again agreed to continue the Judgment Debtor Examinations to February 28, 2014 at 9:30 a.m. in Department 27.

D.     The parties still are actively in the process of fulfilling the terms of their settlement agreement.

E.     In light of the foregoing, the parties wish to continue the Judgment Debtor Examinations.

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that the Judgment Debtor Examinations shall be continued to March 28, 2014 at 9:30 a.m. in Department 27 of the above entitled Court.

Dated:  February 24, 2014                           RUTAN & TUCKER

                                               By:        /s/
                                                    Roger F. Friedman
                                                    Attorneys for Judgment Creditor
                                                    Enterprise Bank & Trust

[SIGNATURES CONTINUED AND ORDER ON NEXT PAGE]

1    Dated:  February 24, 2014                MEEGAN, HANSCHU & KASSENBROCK

2                                             By:          /s/

3                                                   David M. Meegan
                                                   Attorneys for Judgment Debtors
4                                                   Madhu Ram, Sadhna Ram, and J-
                                                   Ville Properties, Inc.
5

6                                        **ORDER**

7            Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the

8    Judgment Debtor Examinations shall be continued to March 28, 2014 at 9:30 a.m. in

9    Department 27 of the above entitled Court.

10           Dated:  February 25, 2014

11

12                                       _____
                                         DALE A. DROZD
13                                       UNITED STATES MAGISTRATE JUDGE

14   Ddad1\orders.civil\star0063.stip.jde.cont.ord3.docx

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Rutan & Tucker, LLP**
*attorneys at law*

2503/030875-0002
6722367.1 a02/25/14

-3-

STIPULATION TO CONTINUE JUDGMENT DEBTOR EXAMINATIONS